UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

CHARLES DRENNON and SHAMEL KING,

          Plaintiffs,

-against-

THE CITY OF NEW YORK, POLICE OFFICER EDWIN SANTIAGO (Shield No. 16439), POLICE OFFICER MATTHEW REGINA (Shield No. 18203), SERGEANT ROLAND JEROME (Shield No. 4795), JOHN DOES 1-8,

          Defendants.

--------------------------------------------------------------- x

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

05-CV-2486 (CBA)(KAM)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 17 2005 ★
P.M. _____
TIME A.M. _____

**WHEREAS**, plaintiff Charles Drennon, one of the plaintiffs in this matter, commenced this action by filing a complaint in or about May 23, 2005 alleging that certain of his federal and state rights were violated; and

**WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS**, plaintiff and defendants now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**WHEREAS**, no party herein is an infant or incompetent for whom a committee has been appointed; and

**WHEREAS**, plaintiff Shamel King has already settled all claims as against defendants arising from and contained in the complaint in this action on or about August 10, 2005;

**WHEREAS**, plaintiff Charles Drennon has authorized counsel to settle this matter as against defendants on the terms enumerated below:

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed as against defendants, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. The City of New York hereby agrees to pay plaintiff the sum of **TWENTY SEVEN THOUSAND FIVE HUNDRED DOLLARS ($27,500)** in full satisfaction of all claims as against defendants, including claims for costs, expenses and attorney fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against the defendants, and to release all defendants, any present or former employees or agents of the New York City Police Department and the City of New York, and the City of New York from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff Charles Drennon shall execute and deliver to the City attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above and an Affidavit of No Liens.

4. Other than as set forth in paragraph "2" above, plaintiff and his counsel, or any party in privity with either of them, shall have no recovery for any damages, injury, equitable or other relief, or fees or costs in connection therewith.

5. Nothing contained herein shall be deemed to be an admission by defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws

of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

6. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

7. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated:    New York, New York
          8/11        , 2005

Richard Cardinale, Esq.  
Cardinale & Marinelli  
Attorneys for Plaintiff  
26 Court Street, Suite 1815  
Brooklyn, New York 11242

By: _____  
RICHARD CARDINALE, ESQ.(8507)

SO ORDERED:  
/S/HON. CAROL B. AMON  
U.S.D.J.  
8/15/05

MICHAEL A. CARDOZO  
Corporation Counsel of the  
   City of New York  
Attorney for Defendants  
100 Church Street, Room 3-209  
New York, New York 10007  
(212) 676-1347

By: _____  
BROOKE BIRNBAUM (BB 8338)  
Assistant Corporation Counsel

- 3 -